[No. 36623-8-I.    Division One.    May 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVELL COTTON, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 94-1-07387-3, Bobbe J. Bridge and Patricia H. Aitken, J., entered November 7, 1994 and May 16, 1995. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Webster, JJ.

[No. 36791-9-I.    Division One.    May 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS SPENCER WALLS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01109-4, Anita Louise Farris, J., entered May 24, 1995. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 37164-9-I.    Division One.    May 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. VIKTOR VASILYEVICH SUSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00697-0, Gerald L. Knight, J., entered August 3, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Grosse, J.

[No. 37514-8-I.    Division One.    May 19, 1997.]

DON'S TREE SERVICE, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-06756-5, Richard J. Thorpe, J., entered October 5, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Webster and Ellington, JJ.